[No. 69824-9-I.   Division One.   May 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS A. QUINTERO CISNEROS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00630-1, Susan K. Cook, J., entered January 11, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 69825-7-I.   Division One.   May 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN DWAYNE SYMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01066-6, Hollis R. Hill, J., entered January 4, 2013. *Remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 69830-3-I.   Division One.   May 12, 2014.]

THE ESTATE OF GARY FILION, *Respondent*, v. JULIE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-06353-6, Michael Hayden, J., entered December 19, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 70016-2-I.   Division One.   May 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNNETTE JO JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01868-1, Michael T. Downes, J., entered February 12, 2013. *Affirmed* by unpublished per curiam opinion.